**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AMBER HOTEL CORPORATION<br><br>        DEBTOR,<br>_____<br>James. J. Little,<br><br>        Appellant,<br><br>   v.<br><br>Stephen K. Post &<br>Amber Hotel Corporation,<br><br>        Appellees.<br>_____ | Case No. CV 14-00575-VAP<br>USBC Case No. 1:13-BK-11804-AA<br>ADVERSARY Case No. N/A<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the order of the bankruptcy court denying Appellant's motion to disqualify Appellee Stephen K. Post's counsel is AFFIRMED.  The Court orders that such judgment be entered.

Dated: October 27, 2014

                                            VIRGINIA A. PHILLIPS<br>
                                  United States District Judge